1  **THOMAS P. RILEY, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030**

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7
8                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:14-cv-06831-WDK-PLA |
| 11 | |
| 12              Plaintiff, | **ORDER GRANTING** |
| 13       vs. | **STIPULATED JUDGMENT** |
| 14  CIRINO G. MELERO, | |
| 15 | |
| 16              Defendant. | |

17
18       **TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR**
19  **ATTORNEY/S OF RECORD:**
20       By and through their counsel, the Parties to the above-entitled action hereby
21  stipulate and respectfully request that judgment in the amount of Twenty Five
22  Thousand Dollars ($25,000.00) inclusive of attorneys' fees and costs be entered in favor
23  of Plaintiff J & J SPORTS PRODUCTIONS, INC., and against CIRINO G. MELERO,
24  individually and d/b/a SYLMAR POOL HALL, subject to the terms set forth
25  immediately below.
26  ///
27  ///
28

STIPULATED JUDGMENT
CASE NO.2:14-cv-06831-WDK-PLA
Page 1

The Parties further stipulate that this stipulated judgment shall not be entered or become effective unless and until there shall have occurred a breach by Defendant CIRINO G. MELERO of the General Release (Settlement Agreement) between the Parties, proved to the satisfaction of this Court by Plaintiff and/or its counsel, in which case Defendant CIRINO G. MELERO will be deemed to have waived any and all rights to seek a stay of enforcement of said judgment; HOWEVER, said judgment shall be reduced by the amounts actually paid by CIRINO G. MELERO prior to breach, if any, pursuant to declaration of Plaintiff and/or its counsel.

In the event CIRINO G. MELERO fully discharges his obligations under the settlement agreement between the Parties, this stipulated judgment shall be deemed void and of no further force or effect.

**IT IS SO ORDERED**:

_____   Dated: 04/06/2015
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

**STIPULATED JUDGMENT**
**CASE NO.2:14-cv-06831-WDK-PLA**
**Page 2**